IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02713-RBJ

LEONARD L. PELLE and
KATHERINE PELLE,

     Plaintiffs,

v.

LIBERTY MUTUTAL FIRE INSURANCE COMPANY,

     Defendant.

## ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. In light of the decline of consent to a magistrate judge by one or more of the parties in this case, the Scheduling Conference set March 26, 2015 at 10:30 a.m. before Magistrate Judge Kristen L. Mix is VACATED. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the proposed scheduling order is tendered. The proposed scheduling order, which should be prepared as described in the local rules, should be tendered by email no later than five days

before the scheduling conference.  A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 14th day of January, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge