**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-cv-02713-RBJ

LEONARD L. PELLE and KATHERINE PELLE,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant.

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
WITH REGARD TO KATHERINE PELLE ONLY**

THIS MATTER, having come before the Court on the Parties' Stipulation For Dismissal With Prejudice With Regard to Katherine Pelle Only, and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal With Prejudice With Regard to Katherine Pelle Only is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 23rd day of March, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
U.S. DISTRICT COURT JUDGE

1