# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-cv-02713-RBJ-KLM

LEONARD L. PELLE,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING JOINT STIPULATION
## FOR DISMISSAL WITH PREJUDICE

    THIS MATTER, having come before the Court on the Parties' Stipulation For Dismissal With Prejudice [ECF No. 34], and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

    HEREBY ORDERS that the Joint Stipulation for Dismissal With Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

    DATED this 17th day of November, 2015.

                                                BY THE COURT:

                                                _____
                                                R. Brooke Jackson
                                                U.S. District Court Judge